IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RHONDA DOWNEY, as personal representative of the Estate of Latasha Hudson and individually,** | ) ) ) ) |
| **Plaintiff,** | ) ) |
| vs. | ) **CIVIL ACTION NO. 08-0720-CG-M** ) |
| **OXFORD MANAGEMENT SERVICES,** | ) ) |
| **Defendant.** | ) |

## ORDER

Upon due consideration of the parties' joint stipulation of dismissal (Doc. 16), all claims in this matter are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear their own costs.

**DONE** and **ORDERED** this 10th day of September, 2009.


/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE